**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Scott Richard LEKO, Defendant–Appellant.**

No. 07–14992.

United States Court of Appeals, Eleventh Circuit.

Jan. 29, 2009.

Timothy Cone, Federal Public Defender's Office, Fort Lauderdale, FL, Peter Vincent Birch, Robin Cindy Rosen–Evans, Federal Public Defender, West Palm Beach, FL, Kathleen M. Williams, Miami, FL, for Plaintiff–Appellee.

Before DUBINA, BLACK and FAY, Circuit Judges.

PER CURIAM:

The judgment is vacated and the case is remanded to the United States District Court for the Southern District of Florida for further consideration in light of *Cham-*

---

*bers v. United States*, 555 U.S. ——, 129 S.Ct. 687, 172 L.Ed.2d 484 (2009).[1]

**VACATED AND REMANDED.**

---

**1.** We note a clerical error in the judgment. The plea agreement indicated Leko pled guilty to Count Three, while the judgment indicated Leko pled guilty to Count One. Both Counts charge the same crime, bank robbery, in violation of 18 U.S.C. § 2113(a). At the plea hearing, in open court, the court stated it had adjudged Leko guilty of Count Three. Accordingly, Count Three should be substituted for Count One in the judgment.